988

■ In the Matter of EDDIE KELLAMS, Appellant, v EDWARD HAMMOCK, Respondent.—Motion to dismiss appeal denied as unnecessary. Memorandum: As a result of the recent amendment to 22 NYCRR 1000.3 (b) (2), the appeal has been dismissed. Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v DAVID RENNER, Defendant.—Motion for extension of time for taking appeal denied with leave to renew within 30 days upon submission of sworn allegations constituting grounds for the relief requested (see, CPL 460.30 [2]) and the name of defendant's attorney. Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.

■ In the Matter of MARVIN SMITH, Petitioner, v MARIO CUOMO, as Governor, et al., Respondents.—Motion to dismiss appeal denied as unnecessary (see, 22 NYCRR 1000.3 [b] [2]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.